IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANE UTLEY, BETH UTLEY,
LISA HAWS, and MATT WILCOX,

    Plaintiffs,

v.                                                    No. 14-cv-0357 KBM/SMV

SAN JUAN COUNTY BOARD OF COMM'RS,
SAN JUAN COUNTY SHERIFF'S OFFICE,
KEN CHRISTESEN, RON ANDERSON,
and BRICE CURRENT,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 10, 2014, at 9:30 a.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is hereby set for **July 10, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.